FILED
MAR 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAREEMAH BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08 0556 |
| | ) | |
| THE MEN'S STORE AT | ) | |
| SAKS FIFTH AVENUE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

Plaintiff alleges store security directed Metropolitan Police Department officers to remove her because of her "offensive appearance in the ladies restroom." Compl. at 2. She is "seeking a trial date asking a jury to decide whether in fact American [sic] consider [her] very unique situation discrimination." *Id.* She demands no other relief.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and is between citizens of different states. *See* 28 C.F.R. §1332(a). The facts alleged do not appear to raise a federal question, and plaintiff does not state a statutory or other basis for federal court jurisdiction. Although the parties appear to reside or conduct business in different districts, plaintiff does not establish diversity of citizenship by claiming that the matter in controversy

exceeds $75,000. For these reasons, the complaint will be dismissed without prejudice for lack of subject matter jurisdiction.

An Order consistent with this Memorandum Opinion will be issued separately on this same date.

/s/ Rosemary M. Collyer
United States District Judge

Date: 3/20/08