FILED
MAR 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREEMAH BELL, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 08 0556 |
| THE MEN'S STORE AT SAKS FIFTH AVENUE, | ) ) ) ) |
| Defendant. | ) ) |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: 3/20/08

_____
United States District Judge